**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Maria Adela DAVALOS–HERNANDEZ,**
**Defendant–Appellant.**

**No. 07–50247**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Andre C. Poissant, El Paso, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Maria Adela Davalos–Hernandez has moved for leave to withdraw and has filed

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Davalos–Hernandez has moved to have other counsel appointed to represent her but has not specified any nonfrivolous basis for her appeal. Our independent review of the record, counsel's brief, and the motion by Davalos–Hernandez discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Davalos–Hernandez's motion to appoint new counsel is DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.